UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    CV 16-5635-MWF                                  Date: February 9, 2017

Title:      In re: James A. Krage

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
|---|---|
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR APPELLANT:    ATTORNEYS PRESENT FOR APPELLEE:
          None                                                        None

PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PAY FILING FEE [6]

On September 1, 2016, a notice from the Bankruptcy Court, entitled Appeal Deficiency Notice to United States District Court Central District of California [6], was entered, indicating the filing fee for the Notice of Appeal had not been paid by the Appellant.

Appellant is ordered to pay the filing fee no later than **February 23, 2017**, or file a status report as to why this action should not be dismissed for failure to comply with this Court's order. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. *Failure to respond to the Order to Show Cause will result in the dismissal of this action.*

**IT IS SO ORDERED.**